**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **Chapter 13** |
| | : | |
| **John Patrick Quinn,** | : | |
| **Debtor** | : | **Bky. No. 26-11133 AMC** |

# O R D E R

**AND**, the court having scheduled a hearing to consider whether this case should be dismissed and the Debtor prohibited from refiling any future bankruptcy cases for a period of 365 days;

**AND**, the Debtor having failed to appear at the hearing;

It is hereby **ORDERED** that:

1. The above bankruptcy case is **DISMISSED**.
2. The Debtor is **PROHIBITED** from filing another bankruptcy case for a period of 365 days.

   The bar on refiling expires on **October 21, 2027**

**Date: Oct. 21, 2026**

**ASHELY M. CHAN**
**U.S. BANKRUPTCY JUDGE**